Marvin HOLMES, Plaintiff
Below, Appellant,

v.

PROTHONOTARY, SUPERIOR
COURT N.C.C., Defendant
Below, Appellee.

No. 342, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015
Decided: December 16, 2015

AFFIRMED.